# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN REDDY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LOWE'S COMPANIES, INC., a North Carolina corporation, and EVOLUTION LIGHTING, LLC, a Florida corporation, <br><br> Defendants. | CASE NO. 1:13-cv-13016 |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

The parties have filed a stipulation of partial dismissal with prejudice related to Plaintiff's claims under Mass. G. L. c. 93A.

IT IS HEREBY ORDERED that Plaintiff's claims under Mass. G. L. c. 93A against defendant Evolution Lighting, LLC are dismissed with prejudice.

IT IS FURTHER ORDERED that each party will bear its own costs, expenses, and attorney's fees.

10/27/14

Hon. Indira Talwani
United States District Judge