UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAUREEN REDDY, an individual,

Plaintiff,

v.

LOWE'S COMPANIES, INC., a North Carolina corporation, and EVOLUTION LIGHTING, LLC, a Florida corporation,

Defendants.

Civil Action No. 13-cv-13016-IT

## FINAL JUDGMENT

**TALWANI, D.J.**

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants Lowe's Companies, Inc. and Evolution Lighting, LLC and against Plaintiff Maureen Reddy in that claim 1 of the U.S. Patent No. D677,423 is not infringed; and

Defendants' counterclaims based on invalidity, unenforceability and inequitable conduct are moot in view of the cancellation of the claims of the '423 patent.

IT IS SO ORDERED AND ADJUDGED, this 26 day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE